IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LOIS WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-30 (MTT) |
| DR. BROWN EKELEDO, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Voluntary Dismissal Without Prejudice. (Doc. 9). The Defendant does not object to the Motion. Accordingly, the Motion for Voluntary Dismissal Without Prejudice is **GRANTED**. The Defendant's Motions to Dismiss (Docs. 3, 6) are **DENIED as moot**.

**SO ORDERED**, this 2nd day of July, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT